IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA
   *Plaintiff-Appellee*

v.               Criminal No. 4:04cr32TSL
                (C.A. No. 05-60453)

STEPHEN WISHORK
   *Defendant-Appellant*

## ORDER

  The Court having reviewed and considered the Agreed Motion to Unseal the Presentence Report and Supplement Record finds that the motion is well taken and should be granted.

  IT IS THEREFORE ORDERED that defendant's presentence report be unsealed for use in the pending appeal of this case, and the Clerk's Office is directed to unseal the presentence report and send it to the Fifth Circuit Court of Appeals to be made a part of the record on appeal. The Clerk's Office shall also forward this Order and the Agreed Motion to the Court of Appeals.

  IT IS FURTHER ORDERED that upon conclusion of the appeal, the presentence report shall be again be sealed.

  SO ORDERED on this, the 23rd day of May, 2006.

                /s/ Tom S. Lee
                UNITED STATES DISTRICT JUDGE